IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CEDRIC WALTON,            )
                          )
     Plaintiff,           )
                          )
v.                        )     CASE NO. CV416-070
                          )
TAKATA CORPORATION; TK HOLDINGS )
INC.; HONDA MOTOR CO., LTD.; HONDA )
R&D CO., LTD.; AMERICAN HONDA MOTOR )
CO., INC.; and HONDA OF AMERICA )
MFG., INC.;               )
                          )
     Defendants.          )
                          )

## O R D E R

Before the Court is Plaintiff's Complaint (Doc. 1) alleging, among others, claims for products liability due to an injury Plaintiff sustained while operating a vehicle. The complaint contains a number of photographs and diagrams, including images both of Plaintiff's injury and the product involved. (Doc. 1 at 2, 14, 15.) Plaintiff is **ORDERED** to file an amended complaint within **fourteen days** removing those photographs and diagrams.[1] Plaintiff should be aware, however, that the Court will not accept an amended complaint that incorporates by reference any factual allegation or argument contained in Plaintiff's earlier filing. The amended complaint should be a stand-alone filing that independently contains all the factual allegations and arguments that the filing party wishes the Court to consider.

SO ORDERED this 11th day of March 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Accordingly, the Clerk of Court is **DIRECTED** to remove Plaintiff's initial complaint from the public docket.