# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| CEDRIC WALTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TAKATA CORPORATION; TK HOLDINGS, INC.; HONDA MOTOR CO., LTD.; HONDA R&D CO., LTD.; AMERICAN HONDA MOTOR CO., INC.; and HONDA OF AMERICA MFG., INC. | ) Case No. CV416-070 |
| | ) |
| Defendants. | ) |

# ORDER

In this product liability case, the Court ordered that plaintiff refile his Complaint and remove from it all photographs of injuries and other diagrams. Doc. 10 (filed March 11, 2016). Plaintiff had until March 25, 2016 to comply. *Id.* Having failed to do so, the Court **ORDERS** plaintiff to show cause why this case should not be dismissed for failure to follow a Court order. *See* L.R. 41(b); *see Betty K Agencies, Ltd. v. M/V Monada*, 432 F.3d 1333, 1337 (11th Cir. 2005) (district courts may *sua sponte* dismiss an action pursuant to Fed. R. Civ. P. 41(b) if the plaintiff fails to comply with court rules or a court order); *McKinley v. FDIC*, 2016 WL

930291 at * 2 (11th Cir. Mar. 11, 2016) (affirming this Court's dismissal of complaint for failure to comply with a court order after plaintiff failed to amend her complaint as directed).

**SO ORDERED**, this 19th day of April, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA